Opinion filed January 26, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed January 26, 2006

 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00410-CV 

                                                    __________

 

                              DMG
UNDERGROUND, INC., Appellant

                                                             V.

    KELLY
CLARK, AS PRESIDENT OF HYDRO-X EXCAVATION, Appellee

 



 

                              On
Appeal from the County Court at Law Number 2

                                                           Ector
County, Texas

                                               Trial
Court Cause No. cc2-16,874

 



 

                                             M
E M O R A N D U M   O P I N I O N

 

DMG Underground, Inc. has filed in this court a
motion to dismiss its appeal.  In its
motion, DMG states that the parties have fully compromised and settled all
issues.  The motion is granted.

The appeal is dismissed.

 

PER CURIAM

January 26, 2006

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.